**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| SYLVIA KOMORSKI, individually and on behalf of similarly situated individuals,<br><br>    *Plaintiff*,<br><br>v.<br><br>OHM CONCESSION GROUP, LLC, an Illinois limited liability company; OHM CHICAGO, LLC, an Illinois limited liability company; GLOBAL PAYMENTS INC., a Georgia corporation; and CROSSMATCH, INC., a Delaware corporation,<br><br>    *Defendants*. | Case No. 19-cv-00157<br><br>Hon. Charles P. Kocoras |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED by and between Plaintiff Sylvia Komorski, Defendants OHM Concession Group, LLC, and OHM Chicago, LLC (collectively, the "OHM Defendants"), Defendant Global Payments, Inc., and Defendant CrossMatch Technologies, Inc., through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed against the OHM Defendants with prejudice as to Plaintiff's individual claims against the OHM Defendants. This action is dismissed against all Defendants without prejudice as to all other claims of Plaintiff and the members of the putative class.

IT IS SO STIPULATED.

| | |
|---|---|
| PLAINTIFF SYLVIA KOMORSKI | DEFENDANTS OHM CONCESSION GROUP, LLC and OHM CHICAGO, LLC |
| By: /s/ Evan M. Meyers<br>One of her attorneys | By: /s/ Mary A. Smigielski<br>One of its attorneys |
| Evan M. Meyers<br>Jad Sheikali<br>MCGUIRE LAW, P.C.<br>55 W. Wacker Drive, 9th Fl. | Mary A. Smigielski<br>LEWIS BRISBOIS BISGAARD<br>& SMITH LLP |

| | |
|---|---|
| Chicago, IL 60601<br>Tel: (312) 893-7002<br>emeyers@mcgpc.com<br>jsheikali@mcgpc.com | 550 West Adams Street, Suite 300<br>Chicago, IL 60661<br>Tel: (312) 463-3377<br>Mary.Smigielski@lewisbrisbois |
| DEFENDANT GLOBAL PAYMENT, INC.<br><br>By: /s/ Abigail Stecker Romero<br>One of its attorneys<br><br>Ethan E. White<br>EMERY LAW, LTD<br>3 Grant Square, Suite 268<br>Hinsdale IL, 60521<br>(630) 984-0339<br>ewhite@emerylawltd.com<br><br>Abigail Stecker Romero<br>KABAT CHAPMAN & OZMER LLP<br>171 17th St. NW, Suite 1550<br>Atlanta, GA 30363<br>aromero@kcozlaw.com | DEFENDANT CROSSMATCH<br>TECHNOLOGIES, INC.<br><br>By: /s/ Debra R. Bernard<br>One of its attorneys<br><br>Debra R. Bernard<br>PERKINS COIE LLP<br>131 S. Dearborn Street, Suite 1700<br>Chicago, IL 60603<br>Tel: (312) 324-8559<br>dbernard@perkinscoie.com |

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2019, I electronically filed the foregoing *Stipulation of Dismissal* with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Evan M. Meyers